UNITED STATES of America,
Plaintiff-Appellee,

v.

Ruben Antonio Santana PIMENTA,
Defendant-Appellant.

No. 16-16813
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(September 1, 2017)

Wifredo A. Ferrer, Emily M. Smachetti, Karen Olivia-Marie Stewart, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Before JORDAN, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Jose Rafael Rodriguez, appointed counsel for Ruben Santana Pimenta in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Santana Pimenta's conviction and sentence are AFFIRMED.